IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN WILLIAM HERRING, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:21-CV-754-WKW |
| ) | [WO] |
| JUDGE GLENN GOGGANS and ) | |
| ELMORE COUNTY JAIL, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On December 21, 2021, the Magistrate Judge filed a Recommendation (Doc. # 4) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED.

2. This case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

A final judgment will be entered separately.

DONE this 14th day of January, 2022.

    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE